IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| AARON FUNKHAUSER, | |
|---|---|
| Plaintiff, | 4:16CV3165 |
| vs. | |
| DUNCAN AVIATION, INC., | ORDER |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) The motion to withdraw filed by Jennifer L. Turco Meyer as counsel of record on behalf of Plaintiff Aaron Funkhauser, (Filing No. 14), is granted.

2) On or before November 28, 2017, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The clerk shall mail a copy of this order to Plaintiff at:

   Aaron Funkhouser
   800 LaBrea Avenue
   Lincoln, NE 68504

4) The final progression order, including the trial and pretrial conference settings, remains in effect.

November 7, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge